UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EUGENE LEWIS, | ) | CASE NO. CV 14-7417-PA (PJW) |
| Petitioner, | ) | |
| | ) | J U D G M E N T |
| v. | ) | |
| G. SWARTHOUT, WARDEN, | ) | |
| Respondent. | ) | |

Pursuant to the Order Dismissing Second or Successive Habeas Corpus Petition,

IT IS ADJUDGED that the Petition is denied and this action is dismissed.

DATED: September 30, 2014.

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

C:\Temp\notesD30550\LA14CV7417PA- Lewis Judgment.wpd